***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                    Fax: (518) 751-1801
Email: r.arleo@verizon.net

December 12, 2012

Honorable Nina Gershon, Judge, USDC
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Re:  Bokitko v. Rubin & Rothman, LLC et al.
<u>Case No. 12-cv-4138</u>

Dear Judge Gershon:

   I am counsel for the Defendant named in the above-entitled action. I am corresponding to object to the correspondence submitted today by Plaintiff's counsel, Adam Fishbein (Dkt. No. 10). Said letter exceeds the 3 page limitation as set forth in Your Honor's Individual Motion Practices paragraph 3A therein.

                                                                          Respectfully submitted,

                                                                          /  s  /  *Robert L. Arleo*

                                                                          Robert L. Arleo

RLA:gra
cc:  Adam J. Fishbein, Esq.