UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x   12-CV-4138 (NG)(SMG)

CHRISTINE BOKITO, on behalf of herself
and all other similarly situated consumers,

                    Plaintiff

       -against-

RUBIN & ROTHMAN, LLC,

                    Defendant
--------------------------------------------------------x

STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

   PURSUANT TO Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, it is hereby stipulated that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, CHRISTINE BOKITKO, with prejudice as to said Plaintiff, without prejudice as to the class defined in the Complaint and without attorneys fees and/or costs as to any party named herein.

DATED: Cedarhurst, New York
          April 29, 2013

                                                      By: / s / *Adam J. Fishbein*
                                                            ADAM J. FISHBEIN, P.C.
                                                            (AF 9508)
                                                            483 Chestnut Street
                                                            Cedarhurst, New York  11516
                                                            Attorney for the Plaintiff
                                                            (516) 791-4400

DATED: New York, New York
       April 29, 2013

                                By: / s /  *Robert L. Arleo*
                                    ROBERT L. ARLEO, ESQ.
                                    (RA 7506)
                                    380 Lexington Avenue, 17th Fl.
                                    New York, New York  10168
                                    Attorney for the Defendant
                                    (212) 551-1115

SO ORDERED:


By:_____
   NINA GERSHON
   United States District
   Court Judge